# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Braxton Bell, Petitioner,

v.

The State, Respondent.

Appellate Case No. 2010-178807

---

## ON WRIT OF CERTIORARI

---

Appeal From Anderson County
R. Lawton McIntosh, Circuit Court Judge

---

Memorandum Opinion No. 2013-MO-030
Submitted September 17, 2013 – Filed October 9, 2013

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

LaNelle Cantey DuRant of Columbia, South Carolina, for Petitioner, Braxton Bell.

Attorney General Alan M. Wilson, Assistant Attorney General Walt Whitmire, both of Columbia, South Carolina, for Respondent State of South Carolina.

---

**PER CURIAM:** We granted certiorari to review the post-conviction relief court's decision in *Braxton Bell v. State of South Carolina*, 2008-CP-04-4101 (10th

Judicial Cir. Nov. 10, 2010), denying and dismissing with prejudice Petitioner's application for post-conviction relief and finding that Petitioner did not receive ineffective assistance of counsel.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**